1   William G. Fig, WSBA 33943                 Honorable James L. Robart
     wfig@sussmanshank.com

2   Elizabeth A. Semler, WSBA 40365
     esemler@sussmanshank.com

3   SUSSMAN SHANK LLP
     1000 SW Broadway, Suite 1400

4   Portland, OR 97205-3089
     Telephone: (503) 227-1111

5   Facsimile: (503) 248-0130
         Attorneys for Ditech Financial LLC

6         fka Green Tree Servicing LLC

7

8

9

10            IN THE UNITED STATES DISTRICT COURT

11          FOR THE WESTERN DISTRICT OF WASHINGTON

12

13   STEVEN K. YOUNG,          )  Case No. 2:19-cv-00867-JLR
                            )

14           Plaintiff,     )  [PROPOSED] ORDER RE UNOPPOSED
     v.                       )  MOTION TO EXTEND DEADLINE FOR

15                            )  DITECH FINANCIAL LLC FKA GREEN
     DITECH FINANCIAL LLC FKA GREEN   )  TREE SERVICING LLC TO FILE

16   TREE SERVICING LLC; QUALITY LOAN  )  ANSWER OR APPEAR
     SERVICE CORP. OF WASHINGTON; and  )

17   DOES 1-10, Inclusive,        )  NOTED ON MOTION CALENDAR:
                            )  JULY 10, 2019

18               Defendants.     )

19         On July 10, 2019, Ditech Financial LLC's motion to extend deadline for it to file an

20 answer or appear came before the court. The court, having considered the pleadings and

21 declarations filed by the parties, having reviewed the court file, and otherwise being fully

22 advised, it is hereby ORDERED that:

23   ///

24   ///

25   ///

26   ///

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION TO EXTEND DEADLINE FOR DITECH TO FILE
ANSWER OR APPEAR – Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

1       Ditech Financial LLC's Motion is GRANTED. The deadline for Ditech Financial LLC

2   to file its answer or other first appearance is extended from July 15, 2019 to August 2,

3   2019.

4       Dated: __11 July_____, 2019.

5

6

7

8   _____
    United States District Court Judge

9

10

11   Presented By:

12   SUSSMAN SHANK LLP

13   By /s/ William G. Fig
    _____
14       William G. Fig, WSBA 33943
        wfig@sussmanshank.com
15       Attorneys for Ditech Financial LLC

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION TO EXTEND DEADLINE FOR DITECH TO FILE
ANSWER OR APPEAR – Page 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130